**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

WILSON REYES RIVERA,

     Petitioner,

v.                                 Case No. 2:26-cv-02481-MSN-atc

CHRISTOPHER BULLOCK, in his official
Capacity as Field Officer Director of the New
Orleans ICE Field Office,

     Respondent.

---

## ORDER DIRECTING GOVERNMENT TO RESPOND

---

On April 28, 2026, Petitioner Wilson Reyes Rivera, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "Petition.") He has also filed a Motion for a Temporary Restraining Order. (ECF No. 9.)

The Court has determined that an expedited response will assist in resolving the petition and the request for a temporary restraining order. Accordingly, the Government is **ORDERED** to file a consolidated response by Monday, May 11, 2026.

**IT IS SO ORDERED**, this 30th day of April, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE
